**Exhibit A to the Complaint**

**Location:** Madison, NJ  **IP Address:** 24.184.52.226
**Total Works Infringed:** 42  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 11/11/2018 11:50:56 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 2 | 1018A676073B24EB9A7384E7BF56686079E27B27 | Tushy | 11/10/2018 01:43:41 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 3 | 1B99BCB48901142E0B0F76F0AFF83CA8A7B487C9 | Tushy | 11/21/2018 17:28:00 | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 4 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | Vixen | 11/16/2018 15:06:11 | 11/15/2018 | 12/09/2018 | 17210345323 |
| 5 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 11/10/2018 18:13:51 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 6 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 11/21/2018 17:34:21 | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 7 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | Blacked Raw | 11/09/2018 00:43:04 | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 8 | 297F14E2D07618BE784247F7135E4401AD1DCA5B | Vixen | 11/21/2018 17:07:35 | 08/27/2018 | 10/16/2018 | PA0002127789 |
| 9 | 2ADE8763346FFA11FC1395267FDA45ACC89C677C | Blacked Raw | 11/05/2018 14:14:23 | 11/03/2018 | 12/09/2018 | 17210231043 |
| 10 | 2EA0290F13E4A4197E055E913DFCD0B58D85DF2B | Tushy | 11/08/2018 23:48:04 | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 11 | 2F852019D87E3D9B31001680D6A4FBF2B42CFAD7 | Tushy | 11/08/2018 19:59:10 | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 12 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/21/2018 17:40:10 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 13 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 11/09/2018 00:51:41 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 14 | 35824768BF7B365F1CA830E078527B52C12DC631 | Tushy | 11/05/2018 17:47:00 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 15 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 11/05/2018 21:14:55 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 16 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | Tushy | 11/05/2018 14:23:52 | 06/30/2018 | 07/26/2018 | PA0002112157 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 42D25EA4B1A9033D15803A9F27699FE5ACBE02AD | Vixen | 11/02/2018 15:22:42 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 18 | 42FB29936F0773461AB894640E5895EE9B843742 | Tushy | 11/10/2018 01:43:25 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 19 | 55298BBC330B3C971890294BDE7CAC90F58A2867 | Vixen | 11/06/2018 21:18:46 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 20 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 11/10/2018 02:02:32 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 21 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 11/10/2018 16:19:43 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 22 | 6EEF646186D737E94D92D1978D77456DA4F10301 | Tushy | 11/21/2018 19:01:37 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 23 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | Tushy | 11/05/2018 17:44:29 | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 24 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 11/10/2018 16:38:58 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 25 | 8655ED49B12B5E2BD4E3E51BF6A51E2ADE6A9247 | Tushy | 11/08/2018 20:01:46 | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 26 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 11/09/2018 16:54:15 | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 27 | 958114234F010ED12787587C6B9FA13E19388CF1 | Vixen | 11/10/2018 16:31:13 | 10/26/2018 | 12/09/2018 | 17210310412 |
| 28 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 11/10/2018 16:34:32 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 29 | A20663D7352E7CB123646C56953D70B4B1A9DB27 | Blacked Raw | 11/02/2018 20:15:17 | 05/17/2018 | 06/19/2018 | PA0002126644 |
| 30 | A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7 | Vixen | 11/21/2018 17:15:08 | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 31 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/24/2018 15:02:32 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 32 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | Tushy | 11/05/2018 20:05:11 | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 33 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 11/10/2018 17:47:14 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 34 | B7B67E3BB319DA7CCC20F49FDEEFB1453D45DD75 | Blacked | 11/21/2018 16:32:52 | 11/01/2018 | 11/25/2018 | PA0002136644 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CF5ED5039FA986F54557C231EBAAB9B3587DE805 | Tushy | 11/18/2018 17:15:57 | 11/17/2018 | 12/09/2018 | 17210231163 |
| 36 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 11/10/2018 17:29:32 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 37 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | Vixen | 11/21/2018 17:22:53 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 38 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | Tushy | 11/10/2018 17:26:57 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 39 | DFCCBFB7EED852E6617D609C4731A1744A9862A9 | Tushy | 11/04/2018 16:43:00 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 40 | F518524A3E8B5819DB451A88F725D979F728EC34 | Vixen | 11/21/2018 17:24:19 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 41 | F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418 | Tushy | 11/05/2018 17:57:57 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 42 | FD4B053B28E588D31F2762D6FC81EE67B580D4B6 | Blacked | 11/14/2018 06:33:05 | 11/11/2018 | 11/25/2018 | PA0002136642 |